UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------x
Norberto Vega, on behalf of himself and all others similarly situated,

Plaintiff,

-v.-

Aikou Flemington, Inc.

Defendant,

Civil Action No: 3:24-cv-6316

It is So Ordered this 12th day of June 2025

*/s/ Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

-------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 10, 2025

| For Plaintiff Norberto Vega | For Defendant Aikou Flemington, Inc. |
|---|---|
| s/Rami Salim | s/Michael K. Chong |
| Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | Michael K. Chong<br>Law Offices of Michael K. Chong, LLC<br>2 Executive Drive suite 240<br>Fort Lee, NJ 07024<br>Ph: (201) 947-5200<br>mkc@mkclawgroup.com |